UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              CRIMINAL NO. 23-mj-30204

v.

ERIC JAMES LANGLOIS,

       Defendant.
_____/

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, **ERIC JAMES LANGLOIS, (Offender ID #1713272)**, and states:

1. Defendant is charged in this case with**, 18 U.S.C. § 922(g)(1) – Felon in possession of a firearm, 18 U.S.C. § 922(o) Possession of a machine gun, and 26 U.S.C. § 5861(c), (d) and (f) Receipt or possession of a firearm made in violation of the National Firearms Act (NFA), receipt or possession of an unregistered firearm, and making of a firearm in violation of the NFA.**

2. Defendant is currently incarcerated **at The Old Wayne County Jail located at 525 Clinton, Detroit, Michigan 48226** in connection with a different case.

3. Defendant's **Initial Appearance** in this case has been scheduled for **Tuesday, June 13, 2023 at 1:00 p.m. in duty court,** in the Theodore Levin U.S. Courthouse, 231 Lafayette Boulevard, Detroit, Michigan 48226. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Wayne County Sheriff, Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce **ERIC JAMES LANGLOIS** before the judicial officer and at the place and time stated above.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/ *Jasmine Ayana Moore*
Jasmine Ayana Moore
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9759
Jasmine.Moore@usdoj.gov

Date:   June 8, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                     Case No.   23-mj-30204

v.

ERIC JAMES LANGLOIS,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

                                        s/Anthony P. Patti
                                        HONORABLE ANTHONY P. PATTI
                                        United States Magistrate Judge

Date:  June 8, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No.   23-mj-30204

v.

ERIC JAMES LANGLOIS,

      Defendant.
_____/

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    Warden, Sheriff or Jailor at the Old Wayne Jail, County Sheriff's, Michigan Department of Corrections, or any other Michigan State Corrections Facility, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant**, ERIC JAMES LANGLOIS, (Offender ID #1713272)** in duty court **,** in the Theodore Levin U.S. Courthouse, 231 Lafayette Boulevard, Detroit, Michigan 48226, **Tuesday, June 13, 2023, at 1:00 p.m.** for his **Initial Appearance** in this case; and you are also directed to return **ERIC JAMES LANGLOIS** to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                              Kinikia D. Essix
                                              *Clerk*

                                 By:    s/L. Hosking
                                            *Deputy Clerk*       (Seal)